# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNER ANTONIO CARRALES GUIDEL,<br><br>                             Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA,<br><br>                             Respondent. | Case No.:  26cv3728 DMS (BJW)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner Kenner Antonio Carrales Guidel, an immigration detainee proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241 challenging his continued detention at the Imperial Regional Detention Facility.

After reviewing the Petition, the Petition is dismissed with leave to amend because it is missing crucial information for the Court to evaluate whether a response is warranted. *See Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.")  For example, Petitioner fails to allege when and how he entered the United States.  He also fails to allege any details explaining his current detention.

26cv3728 DMS (BJW)

If Petitioner wishes to re-open and proceed with this habeas action, he must submit, no later than **July 30, 2026**, a copy of this Order along with a completed First Amended Petition. ***The Clerk of Court is directed to send Petitioner a blank 28 U.S.C. § 2241 form petition for immigration cases, along with a copy of the instructions for completing the form.***

**IT IS SO ORDERED.**

Dated:  June 30, 2026

Hon. Dana M. Sabraw
United States District Judge